IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:14CR254 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JUAN REYNALDO MEDINA-PARRA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's Motion to Extend Time in Which to File Pretrial Motions (#17) and his Waiver of Speedy Trial (#18). For good cause shown, I find the motion should be granted. The defendant will be given the thirty-day extension requested. Pretrial motions shall be filed by October 14, 2014.

**IT IS ORDERED:**

1. Defendant's Motion to Extend Time in Which To File Pretrial Motions (#17) is granted. Pretrial motions shall be filed on or before October 14, 2014.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between September 12, 2014, and October 14, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel. The failure to grant additional time might result in the miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 12th day of September 2014.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge