# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:14CR254 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JUAN REYNALDO MEDINA-PARRA, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE MOTION OF THE DEFENDANT, (#39) and no objection from the government,

**IT IS ORDERED:**

1. The Motion to Continue Change of Plea Hearing (#39) is granted.

2. The Change of Plea hearing is continued to **July 23, 2015** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **today's date** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

4. This is the final extension of time for a Change of Plea Hearing. **No further continuances will be granted**.

5. Since this is a criminal case, the defendant must be present.

DATED this 29th day of June, 2015.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge